STATE OF NEBRASKA, APPELLEE, V. DAN FERRIN, APPELLANT.

346 N.W.2d 422

Filed March 30, 1984. No. 83-626.

Donald B. Fiedler, Deborah R. Pred, and Marie L. Kulawik of Fiedler Law Offices, for appellant.

Paul L. Douglas, Attorney General, and Terry R. Schaaf, for appellee.

KRIVOSHA, C.J., BOSLAUGH, WHITE, HASTINGS, CAPORALE, SHANAHAN, and GRANT, JJ.

PER CURIAM.

Defendant was sentenced to a term of 3 to 6 years in the Nebraska Penal and Correctional Complex upon pleading guilty to a charge of delivery of a controlled substance, to wit, hashish, in violation of Neb. Rev. Stat. § 28-416(1)(a) (Cum. Supp. 1982).

He appeals and assigns as error only the excessiveness of the sentence. After a review of the record we agree. Defendant was 22 years old with no previous felony convictions and a minor juvenile record. His codefendant received a sentence of 18 months to 3 years.

Defendant's sentence is modified to provide for a sentence of 18 months to 3 years. Defendant is to receive credit for all time served.

AFFIRMED AS MODIFIED.